IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WANDA R. BEACHUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:10CV106-SRW |
| ) | (WO) |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Upon consideration of the record in this action and the parties' joint motion for entry of final judgment (Doc. # 12), it is the ORDER, JUDGMENT and DECREE of this court that the decision of the Commissioner on remand, as set forth in the decision of the administrative law judge rendered on September 9, 2010, is AFFIRMED.

DONE, this 7th day of December, 2012.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE